UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

HARRISON LEWIS, III,                    1:20-cv-2778 (NLH)

           Petitioner,           **MEMORANDUM OPINION & ORDER**

   v.

DAVID E. ORTIZ,

        Respondent.

---

**APPEARANCES**:

Harrison Lewis, III
34839-037
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner pro se


**HILLMAN, District Judge**

    WHEREAS, on March 13, 2020, Petitioner Harrison Lewis, III filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court administratively terminated the petition as Petitioner had not used the form provided by the Clerk's Office, see ECF No. 3; and

    WHEREAS, Petitioner filed a motion requesting additional time to resubmit his petition on the Clerk's form, see ECF No.

4; and

WHEREAS, Chief Judge Wolfson issued Standing Order 2020-04, which extends the deadline or due date for any filing in a civil case that currently falls between March 25, 2020 and April 30, 2020 for 45 days; and

WHEREAS, Petitioner's resubmission would have been due within the March 25, 2020 to April 30, 2020 timeframe,

THEREFORE, IT IS on this  16th  day of April, 2020

ORDERED that Petitioner motion for an extension of time, ECF No. 4, is granted.  Petitioner may submit his documents by June 8, 2020; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.


                                    s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.

2